**GAVIN ROZZI**
PO Box 1232
Forked River, NJ 08731
Phone: (609)-222-4161
gr@gavinrozzi.com

Plaintiff, *Pro Se*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GAVIN ROZZI<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>EFPTR, LLC, a New Jersey Limited Liability Company d/b/a EASTERN FINANCIAL PARTNERS, ADAM CUDDYER, individually and in his capacity as an officer of EFPTR, LLC, FRANK VENEZIO, individually and in his capacity as an agent of EFPTR, LLC, MICHAEL FROIO, individually and in his capacity as an agent of EFPTR, LLC, JOHN DOE TELEMARKETERS FROM (848)-213-9848 (fictitious), JOHN DOE TELEMARKETERS FROM (848)-236-0031 (fictitious), ABC ENTITIES 1-10 (fictitious),<br><br>　　　　　　　　　Defendants. | <u>Civil Action</u><br><br>No.: 3:24-cv-10108<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s), pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), the above-referenced case is dismissed with prejudice as to all Defendants and without an award of costs or fees to any party.

1

Gavin Rozzi

*/s/ Gavin Rozzi*
GAVIN ROZZI
Plaintiff, *Pro Se*
PO Box 1232
Forked River, NJ 08731
Phone: (609)-222-4161
gr@gavinrozzi.com
Dated: January 13, 2025


**EFPTR, LLC, Adam Cuddyer, Frank Venezio, Michael Froio**

By:

*/s/ Daniel Desouza*
DANIEL DESOUZA
DESOUZA LAW, P.A.
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Phone: (954) 603-1340
Dated: January 13, 2025

Attorney for Defendants EFPTR, LLC, Adam Cuddyer, Frank Venezio and Michael Froio


The Clerk of the Court is directed to **CLOSE** this case.

It is so ordered this 15th day of January, 2025

*Georgette Castner*
Georgette Castner, U.S.D.J.